FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

September 17, 2023

Christopher M. Wolpert
Clerk of Court

---

In re: ANTHONY CASTILLO SANCHEZ,

Movant.

No. 23-6137
(D.C. No. 5:10-CV-01171-HE)
(W.D. Okla.)

---

## ORDER

---

Before **MATHESON**, **MORITZ**, and **EID**, Circuit Judges.

---

Anthony Castillo Sanchez is scheduled to be executed on September 21, 2023. He has filed a "Motion for an Order Authorizing the Filing and Consideration of First Subsequent Petition for a Writ of Habeas Corpus" and an "Application for a Stay of Execution." The court requires a response to both motions. Respondent must respond to both the motion for authorization to file a second or successive habeas petition and the motion for stay of execution by 3:00 p.m. (MDT) on Monday, September 18, 2023.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk